ing appeal is granted. The parties are directed to discuss extensively, in briefs and oral argument, the issue, among other issues presented, of whether an order granting arbitration is appealable or represents piecemeal review. See *Maloney* v. *Daley,* 115 R.I. 375, 346 A.2d 120 (1975); *Dewart* v. *Northeastern Gas Transmission Co.,* 139 Conn. 512, 95 A.2d 381 (1953); *Teufel Const. Co.* v. *American Arbitration Ass'n,* 3 Wash. App. 24, 472 P.2d 572 (1970); Domke, *The Law and Practice of Commercial Arbitration,* §18.06, 176-78 (1968). *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for plaintiff. *Temkin, Merolla & Zurier, Amedeo C. Merolla,* for defendant.

October 28, 1976.

M. P. Nos. 76-99, 103. VITO DELUCA *v.* JAMES W. MULLEN, *Warden.* DONALD SEPE *v.* JAMES W. MULLEN, *Warden.* Motion of respondent to dismiss the petitions as moot is granted. Bevilacqua, C.J. did not participate. *Bevilacqua & Cicilline,* for Vito DeLuca, *Edward John Mulligan,* for Donald Sepe, petitioners. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

M. P. No. 76-195. FIREMAN'S FUND INSURANCE COMPANY *v.* LOLA-JANE MCALPINE, *Administratrix.* Motion of plaintiff to consolidate this case with the case of *Fireman's Fund Insurance Co.* v. *Lola J. McAlpine,* 115 R.I. 930, 345 A.2d 881 (1975) is denied. The plaintiff's motion that the time for filing its brief be extended to November 11, 1976 is granted. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle,* for defendant.

M. P. No. 76-360. KAREN MCDONALD AND ARTHUR MCDONALD *v.* PETER BAUTE, M.D., *et al.* Petition for writ of certiorari denied. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Boren,* for petitioners. *Hinckley, Allen, Salisbury & Parsons,*

*Thomas D. Gidley,* for Peter Baute, M.D., *Keenan, Rice, Dolan, Reardon & Kiernan, John W. Kershaw,* for Kent County Memorial Hospital, respondents.

M. P. No. 76-361. ALAN GRUNBERG *v.* STATE. Petition for writ of mandamus, motion to vacate sentences, motion for appointment of counsel other than public defender, motion for bail, and motion for release from custody are denied without prejudice to a hearing being held thereon in the Superior Court, to which court the petition and other papers filed in connection therewith are ordered remanded with direction that said court shall consider the petition and the papers as if originally filed in that court pursuant to the post conviction relief provisions found in G.L. 1956 (1969 Reenactment) §10-9.1-1 et seq. *Alan Grunberg,* petitioner, pro se. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-369. GEORGE H. WOOD *v.* CONGDON EQUIPMENT Co. *et al.* Petition for writ of certiorari denied. *Keenan, Rice, Dolan, Reardon & Kiernan, Thomas C. Plunkett,* for plaintiff-respondent. *Pucci & Goldin, Samuel A. Olevson,* for defendants-petitioners.

C. A. No. 75-261. STATE *v.* PETER E. NEWMAN. Motion of defendant to extend time for filing his brief to November 1, 1976 is granted. The defendant's motion to enlarge the record is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *David L. Martin, Barbara Hurst,* Asst. Public Defenders, for defendant.

APPEAL No. 76-46. ATLANTIC PAINT & COATINGS, INC. *v.* CRESCENZO CONTI, *d.b.a.* Motion of plaintiff to affirm judgment below pursuant to Rule 16(g) denied. *John F. Cuzzone, Jr.,* for plaintiff. *Gerard McG. DeCelles,* for defendant.

APPEAL No. 76-206. PACIFIC FIDELITY INSURANCE Co. *et al.* *v.* PETER F. MULLANEY. Case is specially assigned to the cal-